# EXHIBIT S

**From:** Clem Roberts
**Sent:** Thursday, February 15, 2018 9:57 AM
**To:** Jon Suder <jts@fsclaw.com>; lewis@hudnelllaw.com; Corby Vowell (vowell@fsclaw.com) <vowell@fsclaw.com>; wojcio@fsclaw.com
**Cc:** Eugene Novikov <ENovikov@durietangri.com>; Timothy Saulsbury <TSaulsbury@durietangri.com>
**Subject:** RE: Meet and Confer

Jon –

Thank you for completing the meet and confer with me.  Two follow ups:

1. As I mentioned on the call, if WiLan is willing to guarantee any fee award (e.g. by depositing the requested money in a trust account) we would be willing to forgo the Rule 11 motion and file only the fees motion.  During our call you said that you did not think that you or WiLan would agree to any such guarantee, but please let me know if you change your mind.

2. Relatedly, are you and/or WiLan willing to (a) disclose what assets are in the plaintiff and (b) willing to certify that no assets have been removed since the time that we served you with a copy of the Rule 11 motion?

Thanks,

Clement Roberts
Durie Tangri LLP
217 Leidesdorff Street
San Francisco, CA  94111
T (415) 362-6666 | F (415) 236-6300
www.durietangri.com

**From:** Jon Suder [mailto:jts@fsclaw.com]
**Sent:** Thursday, February 15, 2018 7:11 AM
**To:** Clem Roberts <CRoberts@durietangri.com>
**Subject:** RE: Meet and Confer

I can do 9 your time.

**Jonathan T. Suder**
Attorney at Law
Direct: 817.334.0134

**From:** Clem Roberts [mailto:CRoberts@durietangri.com]
**Sent:** Wednesday, February 14, 2018 10:16 PM

1

**To:** Jon Suder <jts@fsclaw.com>
**Cc:** lewis@hudnelllaw.com; Corby Vowell <vowell@fsclaw.com>; Rich Wojcio <wojcio@fsclaw.com>; Eugene Novikov <ENovikov@durietangri.com>; Timothy Saulsbury <TSaulsbury@durietangri.com>
**Subject:** Re: Meet and Confer

9, 10 or 11 pacific?

Sent from my iPhone

On Feb 14, 2018, at 8:08 PM, Jon Suder <jts@fsclaw.com> wrote:

> I can't now. Just back from hospital a little while ago and can't really talk. Name a time tomorrow.
>
> Sent from my iPhone
>
> On Feb 14, 2018, at 9:49 PM, Clem Roberts <CRoberts@durietangri.com> wrote:
>
>> How about now?  4158066800
>>
>> Sent from my iPhone
>>
>> On Feb 14, 2018, at 7:31 PM, Jon Suder <jts@fsclaw.com> wrote:
>>
>>> Clem – I was out today on a personal matter because my son had shoulder surgery. I would like to discuss this with you. When are you available?
>>>
>>> Jon
>>>
>>> Sent from my iPhone
>>>
>>> On Feb 14, 2018, at 3:19 PM, Clem Roberts <CRoberts@durietangri.com> wrote:
>>>
>>>> Counsel –
>>>>
>>>> Fitbit intends to move for fees under 285 and 1927 and to renew its Rule 11 motion. We believe that we have met and conferred extensively on these issues, but in the interest of full compliance with Local Rule 54-5, we are writing to ask for a time to finish conferring about any outstanding issues. We are available anytime on Thursday or Friday or Monday. Please pick a time when you are available for a call.
>>>>
>>>> Also, please let me know dates on which you would be available for a hearing on the motions.
>>>>
>>>> Thanks,
>>>>
>>>> Clement Roberts
>>>> Durie Tangri LLP
>>>> 217 Leidesdorff Street

2

San Francisco, CA  94111
T (415) 362-6666 | F (415) 236-6300
www.durietangri.com