DURIE TANGRI LLP
CLEMENT S. ROBERTS (SBN 209203)
croberts@durietangri.com
TIMOTHY C. SAULSBURY (SBN 281434)
tsaulsbury@durietangri.com
EUGENE NOVIKOV (SBN 257849)
enovikov@durietangri.com
217 Leidesdorff Street
San Francisco, CA 94111
Telephone:   415-362-6666
Facsimile:   415-236-6300

Attorneys for Defendant
FITBIT, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SMART WEARABLE TECHNOLOGIES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>FITBIT, INC.,<br><br>Defendant. | Case No. 3:17-cv-05068-VC<br><br>**SECOND SUPPLEMENTAL DECLARATION OF EUGENE NOVIKOV IN SUPPORT OF FITBIT, INC.'S MOTION FOR ATTORNEY FEES AND COSTS UNDER 35 U.S.C. § 285 AND RENEWAL OF FITBIT'S MOTION FOR SANCTIONS UNDER RULE 11**<br><br>Date:   May 10, 2018<br>Time:  10:00 a.m.<br>Ctrm:  4, 17th Floor<br>Judge: Honorable Vince Chhabria |

I, Eugene Novikov, declare as follows:

1. I am an attorney with the law firm of Durie Tangri LLP ("Durie Tangri"), counsel for Defendant Fitbit, Inc. ("Fitbit") in the above-captioned matter. I have personal knowledge of the facts set forth herein, and if called upon to testify, I could and would testify competently and completely to the statements made herein.

2. A detailed description of the qualifications, substantial duties in this matter, and 2017-2018 billing rates of Durie Tangri's attorneys and staff who billed to this matter was filed with my original declaration (see ECF No. 132-1).

3. Per the Court's order at the May 10 hearing on Fitbit's motions for costs and sanctions, below is the breakdown of fees and costs incurred by Fitbit starting the day after three milestones in this matter: the May 26, 2017 letter sent to Plaintiff, the October 3, 2017 case management conference, and the October 27 deposition of Logan Niehaus:

|  | May 26 Letter | October 3 CMC | October 27 Depo |
|---|---|---|---|
| **Attorney fees (Durie Tangri and Virginia local counsel)** | $488,982.50 | $355,109.00 | $290,795.00 |
| **Expert Costs** | $28,041.50 | $19,591.50 | $225.00 |
| **Other Costs (never taxed under Rule 54)** | $33,056.10 | $212.10 | $59.70 |
| **Total** | $550,080.10 | $374,912.60 | $291,079.70 |

4. A detailed breakdown of the fees in the above categories—intended as a supplement to the breakdown provided in my original declaration (ECF No. 132-1)—is provided in Appendix A to this declaration.

5. The total fees and costs incurred by Fitbit in this case since its inception is $775,561.41, including $711,522.00 in attorney fees, $28,041.50 in expert costs, and $35,997.91 in additional costs never taxed under Rule 54.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and accurate to the best of my knowledge.

Executed this 17th day of May, 2018 in San Francisco, California.

1                                                           */s/ Eugene Novikov*

2                                                          EUGENE NOVIKOV

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SECOND SUPPL. DECL. OF EUGENE NOVIKOV ISO FITBIT, INC.'S MOTION FOR ATTORNEY FEES AND COSTS AND RENEWAL OF FITBIT'S MOTION FOR SANCTIONS/ CASE NO. 3:17-CV-05068-VC

## CERTIFICATE OF SERVICE

I hereby certify that on May 17, 2018 the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the attorneys of record in this case.

                                          */s/ Eugene Novikov*
                                          EUGENE NOVIKOV